

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | |
| | § | |
| Appellant, | § | |
| | § | No. 08-12-00243-CV |
| v. | § | Appeal from |
| HAROLD COLLINS AND | | |
| CATHERINE TEAGUE-COLLINS, | § | 171st District Court |
| INDIVIDUALLY AND AS NEXT | | |
| FRIENDS OF JADE COLLINS, A | § | of El Paso County, Texas |
| MINOR, AND JASMINE COLLINS, | | |
| A MINOR, | § | (TC # 2009-2736) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the trial court's order denying the plea to the jurisdiction as it applies to Appellees' responsible third party claim and render judgment dismissing that claim. We reverse the trial court's order denying the plea to the jurisdiction as it applies to Appellees' premises liability claim and remand the cause to the trial court to allow Appellees an opportunity to amend their pleadings to cure the jurisdictional defects. We affirm the trial court's order denying the plea to the jurisdiction as it applies to Appellees' negligence claim.

We further order that the Appellant recover from Appellees all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for

observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.